Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-10-00281-CV

Michael **WULCZYN**,
Appellant

v.

Carolyn **CROSSON**,
Appellee

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2006-PC-0557
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:  November 24, 2010

DISMISSED

The parties have filed a joint motion to dismiss this appeal, indicating that they have fully compromised and settled all issues in dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM